*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★



★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00658-CR

Martin **BUENO**,
Appellants

v.

The **STATE** of Texas,
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 08-04-00013-CRF
Honorable Donna S. Rayes, Judge Presiding

Opinion by:    Steven C. Hilbig, Justice

Sitting:    Rebecca Simmons, Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  March 28, 2012

MOTION TO WITHDRAW GRANTED; AFFIRMED

Martin Bueno was convicted of indecency with a child and sentenced to eight years in

prison.  Bueno appealed the judgment.  Bueno's court-appointed appellate attorney filed a

motion to withdraw and a brief in which he raises no arguable points of error and concludes this

appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California*,

386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v.*

*State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).  Counsel states Bueno was provided copies of

the brief, the motion to withdraw, and the appellate record. Bueno was informed of his right to file his own brief, but he has not done so.

After reviewing the record and counsel's brief, we find no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Bueno's counsel and affirm the trial court's judgment. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.–San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.–San Antonio 1996, no pet.).

No substitute counsel will be appointed. Should Bueno wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals and comply with the requirements of rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.3, 68.4.

Steven C. Hilbig, Justice

DO NOT PUBLISH